IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY HOLLEY, JR., | ) |
| Plaintiff, | ) |
| vs. | ) CV 02-N-2318-S |
| DISTRICT ATTORNEY BRUCE MADDOX, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 7, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on November 20, 2002.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) because plaintiff seeks damages from defendants who are immune. A Final Judgment will be entered.

DATED this 4th day of Dec., 2002.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE